**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WILEY GILL, JR.,

                Petitioner,

        v.

CALIFORNIA ATTORNEY GENERAL,

                Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. LA CV 17-2105 DOC (JCG)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

//

//

//

//

1  Accordingly, IT IS ORDERED THAT:

2  1.  The Report and Recommendation is approved and accepted;

3  2.  Judgment be entered dismissing this action with prejudice; and

4  3.  The Clerk serve copies of this Order on the parties.

5  Additionally, for the reasons stated in the Report and Recommendation, the

6  Court finds that Petitioner has not shown that "jurists of reason would find it debatable

7  whether": (1) "the petition states a valid claim of the denial of a constitutional right";

8  and (2) "the district court was correct in its procedural ruling." *See Slack v. McDaniel*,

9  529 U.S. 473, 484 (2000).  Thus, the Court declines to issue a certificate of

10 appealability.

11

12 DATED: May 26, 2017      _____

13                            HON. DAVID O. CARTER
14                            UNITED STATES DISTRICT JUDGE