JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILEY GILL, JR., | Case No. LA CV 17-2105 DOC (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CALIFORNIA ATTORNEY GENERAL, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge.

DATED: May 26, 2017

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE